IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDSEY D. RYBARD                                                PLAINTIFF

v.            Civil No. 04-6057

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                DEFENDANT

## **JUDGMENT**

On this 16th day of Sepember, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Kimberly Steward, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,582.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                           /s/ Bobby E. Shepherd
                                                           HONORABLE BOBBY E. SHEPHERD
                                                           UNITED STATES MAGISTRATE JUDGE